UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

MICHAEL DON AMOS, )
)
        Plaintiff, )
) **JUDGMENT IN A**
) **CIVIL CASE**
v. ) **CASE NO. 4:18-CV-28-D**
)
BILL WELLES and DOUG HENRY BUICK )
GMC, INC., )
)
        Defendants. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that on October 25, 2018, the court GRANTED defendants' motion to dismiss [D.E. 16]. Amos's claims against defendant Welles were DISMISSED WITH PREJUDICE. Defendant Welles was DISMISSED as a defendant in this action. Amos's Title VII claim was DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, AND DECREED that the court GRANTS defendant's motion for summary judgment [D.E. 48]. Defendant may file a motion for costs in accordance with this court's local rules.

**This Judgment Filed and Entered on March 2, 2020, and Copies To:**

| | |
|---|---|
| Michael Don Amos | (Sent to P.O. Box 331 Morehead City, NC 28557 via US Mail) |
| Jonathan Travis Hockaday | (via CM/ECF electronic notification) |

DATE:                                                              PETER A. MOORE, JR., CLERK

March 2, 2020                                    (By) /s/ Nicole Sellers
                                                                                         Deputy Clerk